# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROGER MCPHERSON, | |
| Petitioner, | **8:15CV162** |
| vs. | |
| SCOTT R. FRAKES, and MICHAEL L. KENNEY, | **MEMORANDUM AND ORDER** |
| Respondents. | |

This matter is before the court on Petitioner Roger McPherson's ("Petitioner" or "McPherson") "Direct Challenge to Judge Richard G. Kopf's Ruling(s)" (filing no. 21), which the court construes as a motion for relief from judgment under Rule 60(b). In the motion, McPherson asks the court to reopen this closed habeas case and reverse the court's previous denial of his habeas petition based on the same arguments put forth in his previous Motion to Reopen Case. (*See* Filing No. 16.)

I carefully considered and rejected McPherson's arguments when I denied his first motion for post-judgment relief, and I remain unconvinced that McPherson is entitled to any type of post-judgment relief based on the record and information he has presented. For the reasons stated in the January 31, 2018 Memorandum and Order denying McPherson's previous motion (filing no. 19), which I fully incorporate herein, McPherson's present motion for post-judgment relief is denied.

IT IS THEREFORE ORDERED that Petitioner's motion for post-judgment relief (filing no. 21) is denied.

Dated this 16th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge